UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

DEVIN PARSONS,

                              Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (   ) (   )

Defendant **DEVIN PARSONS** hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or ___ teleconferencing:

**X**   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


/s Devin Parsons by the Court with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**DEVIN PARSONS**
_____
Print Defendant's Name

/s Richard B. Lind by the Court with permission
_____
Defendant's Counsel's Signature

**RICHARD B. LIND**
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

10/5/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge